ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAHID BAGHDADI, *et al.*,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:24-cv-3075 TLT<br><br>**STIPULATION TO VACATE OR CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE TO A DATE AFTER DEFENDANTS' RESPONSE;** [PROPOSED] **ORDER**<br><br>Hon. Trina L. Thompson |

　　　　Plaintiffs filed this mandamus action seeking adjudication of Plaintiff Ghannad's immigrant visa application. Dkt No. 1. On May 22, 2025 2024, the Court issued the Immigration Mandamus Case Procedural Order in this case. Dkt. No. 6. On June 3, 2025 2024, this case was reassigned to the Honorable Trina L. Thompson for all further proceedings. Dkt. No. 10. The Court ordered the parties to submit a case management statement by July 11, 2024, and scheduled a case management conference for July 18, 2024, at 2:00 p.m. Dkt. No. 12.

　　　　Pursuant to Local Rule 6-2, the parties to this action hereby stipulate and respectfully request for the Court to enter an order vacating or continuing the initial case management conference, and all associated deadlines, to a date after Defendants' response due date of August 2, 2024. The parties make

this request because they believe it will benefit the parties and conserve the Court's resources for the parties to proceed in accordance with the schedule provided by the Procedural Order.

Dated: July 2, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 2, 2024

 /s/ Jennifer Nimer
JENNIFER NIMER
Nimer Law LLC
Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The status conference currently scheduled for June 18, 2024, is hereby:

\_\_\_\_   vacated; or

_X_   continued to:  November 7, 2024

Date:   July 5, 2024

TRINA L. THOMPSON
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.